1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9   UNITED STATES OF AMERICA,              )
10                  Plaintiff,              )
                                           )
11   vs.                                    )         2:11-cr-380-LRH-CWH
                                           )
12   JAMES ROBBINS,                         )
                                           )
13                  Defendant.              )         **ORDER**
14  _____)

15       On October 25, 2012, the court granted the Federal Public Defender's "Ex-Parte Motion to
16  Withdraw and Appointment of New Counsel" (#41) and new counsel was ordered appointed (#44).
17  Therefore;

18       IT IS HEREBY ORDERED that Randall J. Roske, Esq. is appointed as counsel for James
19  Robbins in place of the Federal Public Defender for all future proceedings.

20       IT IS FURTHER ORDERED that the Federal Public Defenders shall forward the file to
21  Mr. Roske forthwith.

22
23       DATED  this 1st day of November, 2012.

24
25                                                  _____
26                                                  LARRY R. HICKS
                                                   UNITED STATES DISTRICT JUDGE
27
28